# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

JAMES ENNIS TRUST, )
)
    Plaintiff, )
)
v. ) Case No. CV614-006
)
STATE FARM PROPERTY & )
CASUALTY INSURANCE COMPANY, )
)
    Defendant. )

## ORDER

This removed case was stayed on August 13, 2014 for thirty days so that plaintiff could obtain counsel licensed to practice in this Court. Five months have passed with no activity on the docket whatsoever. It appears that plaintiff has simply abandoned this case. Consequently, plaintiff shall have 14 days to show cause why this case should not be dismissed.

**SO ORDERED** this 28th day of January, 2015.

                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF GEORGIA