IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES ENNIS TRUST, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-006 |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

On August 13, 2014, the Court entered an Order temporarily staying this case so that Plaintiff James Ennis Trust could obtain legal counsel. (Doc. 9.) As the 30-day window has long since passed, Mr. Trust successfully retained an attorney, and this case has moved forward, the Court **DIRECTS** the Clerk to **LIFT THE STAY**.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of July, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA