```
IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF GEORGIA
                 STATESBORO DIVISION
```

JAMES ENNIS TRUST,          \*

    Plaintiff,          \*

        v.          \*

STATE AUTO PROPERTY & CASUALTY      \*     6:14-cv-06
INSURANCE COMPANY,          \*

    Defendant.          \*

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **Monday, January 30, 2017**. Counsel for <u>Plaintiffs</u> shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website <u>www.gas.uscourts.gov</u> under "District Court"/"Court Forms". A party's failure to comply with the requirements hereof may result in dismissal of the complaint, dismissal of the answer, or other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting, the duration of the meeting and the names of all counsel or parties participating.

Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

All evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing by the close of business on **Wednesday, February 15, 2017**. All responses thereto shall be submitted by the close of business on **Tuesday, February 28, 2017**.

The Clerk of the Court has scheduled the pretrial conference for **Thursday, March 16, 2017 at 10:00 a.m.** Jury selection and trial is scheduled for **Monday, March 20, 2017 at 9:00 a.m.** The pretrial conference, jury selection, and trial will be held in Statesboro. At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list must be provided to the Court at the pretrial conference. Lead counsel for each party must attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA