IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES ENNIS TRUST, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-006 |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' Notice of Verbal Settlement. (Doc. 31.) The Court commends the parties on their efforts to settle, but it will keep the trial on the calendar until a written settlement is agreed to and the case is formally dismissed. The parties **SHALL** file either a stipulation of dismissal or a proposed pretrial order by **5 p.m. on Wednesday, March 8, 2017.** Evidentiary objections and motions in limine shall be due on the same day. Responses shall be due by **Monday, March 13, 2017.** The pre-trial conference shall remain scheduled for **Thursday, March 16, 2017, at 10:00 a.m.**

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA